default. The appeal herein will therefore be deemed abandoned and the judgment and order appealed from are affirmed.

SMITH, P. J., and McCOY, J., not sitting.

---

BRIDENBAUGH, Respondent, v. McELRATH, Appellant.

(148 N. W. 18.)

**Appeal—Abandonment of Appeal—Brief—Affirmance.**

Where record on which motion for new trial was made was settled August 30, 1913, appellant having filed no appeal brief or any stipulation, and procured no order extending time for filing brief, held, he was in default, and his appeal will be deemed abandoned, and judgment affirmed.

Smith, P. J., and McCoy, J., not sitting.

(Opinion filed July 13, 1914. Rehearing granted August 10, 1914.)

Appeal from Circuit Court, Beadle County. Hon. ALVA E. TAYLOR, Judge.

Action by U. G. Bridenbaugh against C. A. McElrath. From a judgment for plaintiff, defendant appeals. Affirmed.

*Crawford & Warren,* for Appellant.

*Harlan J. Bushfield,* for Respondent.

PER CURIAM. The appeal herein is from the judgment of the trial court. The record upon which motion for a new trial was made was settled August 30, 1913. The appellant has filed no brief upon appeal; neither has he filed any stipulation or procured any order extending his time for filing such brief. The appellant therefore being in default herein, this appeal will be deemed abandoned, and, for that reason, the judgment and order appealed from are affirmed.

SMITH, P. J., and McCOY, J., not sitting.

---

KIRBY, Appellant, v. SULLY et al., Respondents.

(148 N. W. 137.)

**Appeal—Dismissal of Appeal—Discharging Lis Pendens—Appealable Order.**

An order directing the discharge and cancellation of record of a notice of lis pendens, is not appealable. Following Kirby v. Drapeau, 34 S. D. 239, 147 N. W. 982.

Smith, P. J., and McCoy, J., not sitting.

(Opinion filed July 13, 1914. Rehearing denied September 16, 1914.)

Appeal from Circuit Court, Tripp County. Hon. WILLIAM WILLIAMSON, Judge.

Action by Joe Kirby against Mary Sully, Winnie N. Keller, and others, to recover for legal services rendered. From an order directing the discharge and cancellation of record of a notice of lis pendens, plaintiff appeals. Appeal dismissed.

*Joe Kirby,* in pro. per., for Appellant.

*E. O. Patterson,* and *M. C. Beck,* for Respondent Keller.

PER CURIAM: This cause is before the court upon an appeal from an order of the circuit court directing the discharge and cancellation of record of a notice of lis pendens. Under the holding of this court in the case of Kirby v. Drapeau, decided by this court on July 6, 1914, and reported in 147 N. W. 982, such order was not appealable. The appeal herein is therefore dismissed at appellant's cost.

SMITH, P. J., and McCOY, J., not sitting.

---

KIRBY, Appellant, v. SULLY et al. (Sully, Respondent).

(148 N. W. 137.)

**Appeal—Dismissal of Appeal—Appealable Order.**

An order directing the discharge and cancellation of record of a notice of lis pendens, is not appealable; following Kirby v. Drapeau, 34 S. D. 239, 147 N. W. 982.

Smith, P. J., and McCoy, J., not sitting.

(Opinion filed July 13, 1914. Rehearing denied September, 16, 1914.)

Action by Joe Kirby against Mary Sully and others. From an order directing the discharge and cancellation of record of a notice of lis pendens, plaintiff appeals. Appeal dismissed.

*Joe Kirby,* Appellant, in pro. per.

*E. O. Patterson,* for Respondent Sully.

PER CURIAM: This cause is before the court upon an appeal from an order of the circuit court directing the discharge and cancellation of record of a notice of lis pendens. Under the holding of this court in the case of Kirby v. Drapeau, decided by this court on July 6, 1914, and reported in 147 N. W. 982, such order was not appealable. The appeal herein is therefore dismissed at appellant's cost.

SMITH, P. J., and McCOY, J., not sitting.